UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE TRIPLETT (#100388)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

21-717-SDD-RLB

### RULING AND ORDER

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr. dated December 14, 2023, to which an *Objection*[3] was filed. After considering the *Objection* and conducting a *de novo* review, the Court hereby approves the *Report and Recommendation* of the Magistrate Judge for the reasons herein.

**ACCORDINGLY**, the plaintiff's *Motions*[4] are denied. The Defendants' Motion to Dismiss[5] is granted, dismissing the plaintiff's claims with prejudice as to all defendants.

Signed in Baton Rouge, Louisiana, on this 16 day of January, 2024.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 46, 53 and 58.
[2] Rec. Doc. 59.
[3] Rec. Doc. 60.
[4] Rec. Doc. 53 and 58.
[5] Rec. Doc. 46.